**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**NATHAN PEAIRS**                                                                          **PLAINTIFF**

**v.**                                                         **No. 4:10CV163-A-S**

**CHRISTOPHER EPPS, ET AL., ET AL.**                              **DEFENDANTS**

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

The court has considered the file and records in this action and the court finds that the Report and Recommendation of the United States Magistrate Judge dated August 25, 2011, and the Supplemental Report and Recommendation dated December 20, 2011, was on that date duly served by mail upon the *pro se* plaintiff at his last known address. More than fourteen days have elapsed since service of the Report and Recommendation, and no objection to the Report and Recommendation has been filed or served by any party. The magistrate judge's Report and Recommendations should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

      1. That the Report and Recommendation of the United States Magistrate Judge dated August 25, 2011, and December 20, 2011, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

      2. That the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

      3. That this case is **CLOSED**.

THIS, the 25th day of September, 2012.

    **/s/ Sharion Aycock**
**U.S. DISTRICT JUDGE**